United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The Board of Trustees, et al., | NO. C 08-05107 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Robert Michael Spencer, et al., | |
| Defendants. | |

Upon filing, this case was scheduled for a case management conference on June 8, 2009. In light of the Clerk's entry of default as to Defendants and Plaintiffs' pending motion for default judgment, the case management conference is VACATED. To the extend necessary, the Court will set a new conference date in its Order addressing Plaintiffs' Motion.

Dated: June 4, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry E. Hinkle courtnotices@unioncounsel.net
Concepcion E. Lozano-Batista courtnotices@unioncounsel.net
Patricia A. Davis courtnotices@unioncounsel.net

**Dated:  June 4, 2009**                                              **Richard W. Wieking, Clerk**

                                                                             **By:     /s/ JW Chambers**
                                                                                   **Elizabeth Garcia**
                                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California